UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-5136-GW(MRWx) | Date | December 6, 2018 |
|---|---|---|---|
| Title | *Shirley Lindsay v. Grupo Glemka Commercial, LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | Katie Thibodeaux | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Raymond G. Ballister, Jr. | Gregory A. Rubel |

**PROCEEDINGS:** **SCHEDULING CONFERENCE**

Settlement discussions are ongoing. The Court continues the hearing to January 31, 2019 at 8:30 a.m., with a joint status report to be filed by noon on January 28, 2019.

|  | : | 03 |
|---|---|---|
|  | Initials of Preparer | JG |