CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
<u>Mail</u>: PO Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
PhylG@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| **Shirley Lindsay,** | **Case No**. **2:18-CV-05136-GW-MRW** |
|---|---|
| Plaintiff, | **Joint Report Re Status of Settlement** |
| v. | |
| **Grupo Glemka Commercial, LLC**, a California Limited Liability Company; **Bedder Corp**, a California Corporation; and Does 1-10, | |
| Defendants. | |

Plaintiff SHIRLEY LINDSAY ("Plaintiff") Defendants GRUPO GLEMKA COMMERCIAL, LLC and BEDDER CORP submit this Joint Report pursuant to the Order of the Court on December 7, 2018.

The Parties have been and conferred regarding violations existing at the site. Plaintiff confirms that violations remain and has informed Defendants of

/ / /
/ / /
/ / /
/ / /

Joint Status Report re Settlement        Case No. 2:18-CV-05136-GW-MRW

1  the outstanding violations. The case remains unresolved at this time.

3  Dated: January 16, 2019         CENTER FOR DISABILITY ACCESS

5                                  By: /s/ Phyl Grace
                                       Phyl Grace
6                                      Attorneys for Plaintiff

8  Dated: January 16, 2019         LAW OFFICES OF GREGORY RUBEL

10                                 By: /s/ Gregory Rubel
                                       Attorneys for Defendants

2