UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Shirley Lindsay,**<br><br>   Plaintiff,<br>v.<br><br>**Grupo Glemka Commercial, LLC**, a California Limited Liability Company;<br>**Bedder Corp**, a California Corporation; and Does 1-10,<br><br>   Defendants | **Case:** 2:18-CV-05136-MRW<br><br><s>Proposed</s> Judgment Re: Plaintiff's Motion for an Award of Attorneys' fees and Litigation expenses |

<s>Following the briefing by both parties and considering all the presented evidence and relevant case law, the court finds the rates sought by Plaintiff's counsel are reasonable as follows:</s>

<s>Mark Potter: $595/hr</s>

<s>Phyl Grace: $550/hr</s>

<s>Ray Ballister: $550/hr</s>

<s>Chris Carson: $450/hr</s>

1

1. ~~Chris Seabock: $450/hr~~
2. ~~Dennis Price: $450/hr~~
3. ~~Elliott Montgomery: $450/hr~~
4. ~~Brad Smith: $400/hr~~

~~After applying judicial discretion, the court reduces 2.7 hours for various billed tasks as excessive and removes the time estimated for appearing for hearing as unnecessary as the matter was determined without hearing, for a total deduction of 9.7 hours. At the stated rates, this results in a reduction of $5,525.00.~~

The Court grants JUDGMENT in favor of plaintiff Shirley Lindsay and against defendants Grupo Glemka Commercial, LLC, a California Limited Liability Company, and Bedder Corp, a California Corporation in the amount of $17,448.00 in attorneys' fees and $2,677.99 in costs, totaling $20,125,99. This amount is shall be paid in full within 60 days of entry of this judgment.

Dated: August 9, 2019          /s/ Judge Wilner
                               _____
                               Hon. MICHAEL R. WILNER
                               United States Magistrate Judge

*Presented by*:
Dennis Price, Esq.
858-375-7385
dennisp@potterhandy.com
Attorney for Plaintiff